JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATION TAKE BACK AMERICA, INC; KAREN ZICCARDI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PFF BANK & TRUST, POMONA FINANCIAL SERVICE INC, FCI LENDER SERVICES, INC, US BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR POMONA FIRST FEDERAL, RE/MAX COLLEGE PARK, RICK ROBLES and all Successors in interests sued herein as Does 1-XX, Inclusive,<br><br>　　　　Defendants. | Case No. CV10-2737-GW (SHx)<br><br>Hon. George H. Wu – Ctrm. 10<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(B) FOR PLAINTIFFS' FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>DATE:　　July 8, 2010<br>TIME:　　8:30 a.m.<br>Ctrm.:　　"10" – Spring Street<br><br>Action Filed:　　March 12, 2010<br>[LASC Case No. BC433695] |

///

///

///

///

///

///

[PROPOSED] ORDER OF DISMISSAL

2051970.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

The hearing on the Court's Order to Show Cause why this matter should not be dismissed for lack of prosecution was held on July 8, 2010 at 8:30 a.m. in Courtroom 10 of the above-entitled Court. Patricio A. Marquez of Adorno Yoss Alvarado & Smith appeared on behalf of defendants U.S. Bank, National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Pomona First Federal, formerly known as Pomona First Federal, N.A., and FCI Lender Services, Inc. Plaintiffs failed to appear.

After full consideration of the record, and Plaintiffs' failure to appear, to comply with Court orders and to prosecute this action, as described below, the Court rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.  The above-entitled Action is hereby Dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for the following reasons:

    a.  Corporate plaintiff Operation Take Back America, Inc. has failed to indicate to this Court that it has retained legal representation to be able to prosecute this action, as required by Local Rule 83-2.5.1. On June 3, 2010, the Court set a Status Conference for June 21, 2010 at 8:30 a.m. in Courtroom 10 regarding the legal representation of corporate plaintiff Operation Take Back America, Inc. Operation Take Back America, Inc. failed to appear at the June 21, 2010 Status Conference through counsel. Furthermore, to date, no substitution of attorney has been filed by Operation Take Back America, Inc., indicating that it has retained legal representation, as required by applicable law.

    b.  At the Status Conference held on June 21, 2010, at which Plaintiffs failed to appear, the Court ordered Plaintiffs to show cause, in writing, by no later than July 2, 2010, why this matter should not be dismissed for lack of prosecution. The Court set an Order to Show Cause hearing for July 8, 2010 at 8:30 a.m. in Courtroom 10. Plaintiffs failed to show cause, in writing, by July 2, 2010, why this matter should

1   not be dismissed for lack of prosecution.  Plaintiffs also failed to appear at the Order
2   to Show Cause hearing on July 8, 2010 and have filed no amended Complaint, despite
3   this Court's Order that they do so by June 11, 2010.  Thus, despite the opportunities
4   afforded, Plaintiffs have failed to diligently prosecute this action.

DATED:  July 13, 2010

_____
Hon. George H. Wu
JUDGE OF THE U.S. DISTRICT COURT